UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 2:09-mj-0709-LRL |
| v. | ) |
| | ) **O R D E R** |
| BARRY E. PEPPER, | ) |
| Defendant. | ) |

This case comes before the court on the defendant's Unopposed Post-Conviction Motion to Amend Judgment to Allow for a Surrender Date in Order to Allow for Pepper to Participate in Nevada Department of Corrections Rehabilitative Programs (#25). For good cause shown,

IT IS ORDERED that the motion (#25) is granted. The Clerk of Court shall amend the Judgment as follows:

1. The order remanding the defendant to the custody of the United States Marshal shall be rescinded.

2. The defendant shall be ordered to surrender to the United States Marshal for this district at 12:00 o'clock noon on the fifth business day following his release from the custody of the Nevada Department of Corrections.

IT IS FURTHER ORDERED that the United States Marshal shall withdraw the detainer lodged against the defendant with the Nevada Department of Corrections.

DATED this 8th day of August, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**