≈AO 245I (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense
Sheet 1

Case 2:09-mj-00709-VCF  Document 27  Filed 08/09/11  Page 1 of 4

X FILED     ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

August 9, 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

# UNITED STATES DISTRICT COURT

District of Nevada

| UNITED STATES OF AMERICA | AMENDED Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) |
| BARRY E. PEPPER | Case No.   2:09-mj-709-LRL |
|  | USM No.   44242-048 |
|  | Jason Carr, AFPD |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X  **THE DEFENDANT** pleaded      X guilty  ☐ nolo contendere to count(s)  One of the Complaint filed September 2, 2009

☐  **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 36 CFR § 4.23(a)(1) | Operating a Motor Vehicle Under the Influence of Alcohol | 09/01/2009 | One |

The defendant is sentenced as provided in pages 2 through  __4__  of this judgment.

☐  **THE DEFENDANT** was found not guilty on count(s) _____

X  Count(s)  2, 3, 4 and 5       ☐ is    X are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  1826

Defendant's Year of Birth:  1956

City and State of Defendant's Residence:
Indian Springs, NV

April 27, 2010
Date of Imposition of Judgment

/s/ L.R. Leavitt
Signature of Judge

LAWRENCE R. LEAVITT, United States Magistrate Judge
Name and Title of Judge

August 9, 2011
Date

DEFENDANT: BARRY E. PEPPER
CASE NUMBER: 2:09-mj-709-LRL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Six months with credit for Federal time already served.
The Sentence to run consecutive to the State sentence he is currently serving.

☐ The court makes the following recommendations to the Bureau of Prisons:

**IT IS ORDERED** that Judgment heretofore entered on April 30, 2010, shall be amended as follows:
1. The order remanding the defendant to the custody of the United States Marshal shall be rescinded.
2. The defendant shall be ordered to surrender to the United States Marshal for this district at 12:00 o'clock noon on the fifth business day following his release from the custody of the Nevada Department of Corrections.
**IT IS FURTHER ORDERED** that the United States Marshal shall withdraw the detainer lodged against the defendant with the Nevada Department of Corrections.

☐ The defendant is remanded to the custody of the United States Marshal.

X The defendant shall surrender to the United States Marshal for this district:

   X at _____12:00_____ ☐ a.m. X p.m. on __(See Order #2 above)__ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

                                                  UNITED STATES MARSHAL

                                   By _____
                                                DEPUTY UNITED STATES MARSHAL

DEFENDANT: BARRY E. PEPPER
CASE NUMBER: 2:09-mj-709-LRL

**CRIMINAL MONETARY PENALTIES**

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|        | **Assessment** | **Fine**  | **Restitution** |
|--------|----------------|-----------|-----------------|
| **TOTALS** | $ 10.       | $ Waived  | $ N/A           |

☐ _____ The determination of restitution is deferred ___. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
|                   |                 |                         |                            |

**TOTALS**            $           0          $           0

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for   ☐ fine   ☐ restitution.

  ☐ the interest requirement for   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245I   (Rev. 12/07) Amended Judgment in a Criminal Case for a Petty Offense
         Sheet 4 — Schedule of Payments

Judgment — Page   4   of   4

DEFENDANT:          BARRY E. PEPPER
CASE NUMBER:        2:09-mj-709-LRL

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   ☒   Lump sum payment of $ __10.__ due immediately, balance due

   ☐   not later than _____ , or
   ☐   in accordance with   ☐ C,   ☐ D,   ☐ E, or   ☐ F below); or

**B**   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**   ☐   Payment during the term of probation will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

   Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.