1 | RENE VALLADARES
Federal Public Defender
2 | State Bar No. 11479
DANIEL C. COE
3 | Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
4 | Las Vegas, Nevada 89101
(702) 388-6577
5 | (Fax) 388-6261

6 | Attorneys for Barry E. Pepper

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:09-mj-000709-VCF |
|---|---|
| Plaintiff, | **UNOPPOSED MEMORANDUM AND PROPOSED ORDER** |
| v. | |
| BARRY PEPPER, | |
| Defendant. | |

   COMES NOW, the defendant Barry Pepper, by and through counsel Dan Coe, Assistant Federal Public Defender who submits this memorandum and proposed order. This memorandum is made based on all prior proceedings had herein and the attached memorandum of points and authorities.

   DATED this 6th day of November, 2017.

                                RENE L. VALLADARES
                                Federal Public Defender

                         By:   */s/ Daniel C. Coe*
                                DANIEL C. COE
                                Assistant Federal Public Defender
                                Attorney for Barry Pepper

MEMORANDUM

On November 6, 2017, Mr. Pepper appeared on a petition to Revoke Supervised Release before the Honorable Magistrate Judge Cam Ferenbach. The violation of supervised release hearing was held in abeyance based upon two new addendums that were filed in the case that neither the defense nor prosecution had received. The Court ordered that Mr. Pepper continue on supervision and ordered his continued placement at the halfway house. The Court further ordered a status hearing for November 13, 2017 at 3:00 pm.

After the revocation hearing the Probation Officer informed undersigned counsel that the Bureau of Prisons will require an order from the Court indicating that the Court ordered Mr. Pepper to reside at the halfway house, not to exceed 90 days. The proposed order will allow the Bureau of Prisons to make available bed space for Mr. Pepper.

Mr. Pepper respectfully requests that this Court sign the attached proposed order so that the residential re-entry center will allow Mr. Pepper to reside at the halfway house for a period of up to 90 days.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BARRY PEPPER,<br><br>  Defendant. | Case No. 2:09-mj-000709-VCF<br><br>**ORDER** |

      Defendant, Barry Pepper, having appeared in Court on November 6, 2017, and good cause appearing therefore,

      **IT IS HEREBY ORDERED** that Defendant shall reside at the halfway house for a period of up to 90 days.

      Dated this 6th day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE